# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-CR-95 |
| ROBERT J. SCOFIELD, | Hon. Leonie M. Brinkema |
| Defendant. | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered in the case on the 28th day of October, 2025 (ECF Doc. No. 50, filed October 28, 2025).

Respectfully submitted on November 11, 2025.

        **ROBERT J. SCOFIELD**
        by counsel:

        Geremy C. Kamens
        Federal Public Defender for the
        Eastern District of Virginia

        by:_____s/_____
        Ann Mason Rigby
        VA Bar No. 92996
        Assistant Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        Telephone: (703) 600-0800
        Facsimile: (703) 600-0880
        ann_rigby@fd.org